CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
SEP 08 2014
JULIA DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| KENTUCKY FUEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-00046 |
| ) | |
| SUMMIT ENGINEERING, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

THIS DAY came the plaintiff, by counsel, and the defendant, by counsel, and represented to the Court that the matters at issue between them have been resolved. It is accordingly

ORDERED that the above-captioned case be, and the same hereby is, dismissed with prejudice, and it is further ORDERED that the Clerk shall remove this case from the docket.

ENTER this _____8th_____ day of _____September_____, 2014.

_____
The Honorable ~~Pamela Meade Sargent~~
JAMES P. JONES, USDJ

SEEN & AGREED:

_____
Dustin M. Deane
Virginia State Bar: 83804
James C. Justice Companies, Inc.
302 S. Jefferson Street
Roanoke, VA 24011
Phone: 540-776-7890
Fax: 540-301-5919
Email: dustin.deane@justicecorporation.com
Counsel for Plaintiff

SEEN & AGREED:

_____
Antony K. Jones, Esquire
Virginia Bar Number: 47016
Law Office Antony K. Jones
3957 Westerre Parkway, Suite 320
Richmond, VA 23233
Telephone: 804-934-2647
Fax: 312-894-3548
Email: Antony.Jones@cna.com
Counsel for Defendant